Charles P. SCHLEGEL, Plaintiff-Appellant, v. UNITED STATES of America, Defendant-Appellee.

No. 41, Docket 20693.

Circuit Court of Appeals, Second Circuit.

Nov. 17, 1947.

Harris, Beach, Keating, Wilcox & Dale, of Rochester (Charles S. Wilcox and Harlan F. Calkins, both of Rochester, of counsel), for appellant.

Theron Lamar Caudle, Asst. Atty. Gen., Helen R. Carloss, A. F. Prescott, and Maryhelen Wigle, Sp. Assts. to Atty. Gen., George L. Grobe, U. S. Atty., of Buffalo,

and Austin J. Donovan, Asst. U. S. Atty., of Rochester, for appellee.

Before SWAN, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Judgment affirmed on the opinion below, 71 F.Supp. 495.